**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ONE AND KEN VALLEY HOUSING GROUP, ET AL., ) ) | | |
| Plaintiffs ) ) | | |
| v. ) ) | Civil No. 09-642-B-H | |
| MAINE STATE HOUSING AUTHORITY, ) ) ) | | |
| Defendant ) | | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 19, 2010, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on the defendant's motion to dismiss. The defendant filed an objection to the Recommended Decision on November 5, 2010. Oral argument was held on December 15, 2010.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. I choose to follow the decision of my colleague, Judge Singal. See Mack Bros. v. Maine State Housing Auth., No. 2:10cv87-GZS (Docket Item 42).

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss is **DENIED**.

**SO ORDERED.**

**DATED THIS 15TH DAY OF DECEMBER, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**