# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ONE AND KEN VALLEY HOUSING GROUP, ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> MAINE STATE HOUSING AUTHORITY, <br><br> DEFENDANT AND THIRD-PARTY PLAINTIFF <br><br> v. <br><br> SHAUN DONOVAN, *Secretary, United States Department of Housing & Urban Development*, <br><br> THIRD-PARTY DEFENDANT | CIVIL NO. 09-642-B-H |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 24, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on Third-Party Defendant's Motion for Partial Dismissal of Third-Party Complaint. The third-party plaintiff filed an objection to the Recommended Decision on July 8, 2011. Oral argument was held on October 11, 2011.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the

recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The third-party defendant's motion for partial dismissal of the Third-Party Complaint is **GRANTED** as follows: Count I is **DISMISSED**. Count II is **DISMISSED IN PART**, to the limited extent that it asserts a claim for indemnification and also to the extent that it asserts breach of contract claims purporting to reach beyond the six-year statute of limitations. Count III is **DISMISSED IN PART**, to the limited extent that it seeks a declaration of rights and responsibilities concerning non-party contracts. The plea for prospective injunctive relief stated in paragraph C of page 7 of the Third-Party Complaint is **STRICKEN**. The demand for trial by jury is **STRICKEN**.

**SO ORDERED.**

**DATED THIS 12TH DAY OF OCTOBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**