UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ONE AND KEN VALLEY HOUSING ) <br> GROUP, ET AL., ) <br> ) <br>       PLAINTIFFS ) <br> ) <br> v. ) <br> ) <br> MAINE STATE HOUSING ) <br> AUTHORITY, ) <br> ) <br>       DEFENDANT AND ) <br>       THIRD-PARTY PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> SHAUN DONOVAN, *Secretary,* ) <br> *United States Department of* ) <br> *Housing & Urban Development,* ) <br> ) <br>       THIRD-PARTY DEFENDANT ) | CIVIL NO. 1:09-cv-642-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On April 17, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on the parties' motions for summary judgment. The plaintiffs filed their objection to the Recommended Decision on May 4, 2012, and the defendant Maine State Housing Authority filed its objection on the same date. Oral argument was held on July 16, 2012.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters

adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Summary judgment is **GRANTED** to the defendants Maine State Housing Authority and the United States Department for Housing and Urban Development. The plaintiffs' motion for summary judgment is **DENIED**.

**SO ORDERED.**

**DATED THIS 20TH DAY OF JULY, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**